151 F.3d 1025
 Donald J. Kelly
v.
Michelle Patterson, (Legros), James F. Whited, Spangler
Borough Chief of Police, Kevin L. Stanek, Barnesboro Chief
of Police, Timothy Creany, Cambria County D.A. 1989, David
Tulowitski, Cambria County D.A. 1993, Theresa Homady,
Cambria County Assistant D.A., Christian Fisanick, Cambria
County Assistant D.A., Merill Brant, PA State Police, Carl
Schweinsburg, PA State Police, John Yerger, Patholoagist,
Jeff Berkebile, Cambria County Assistant
 NO. 97-3365
 United States Court of Appeals,
Third Circuit.
 April 16, 1998
 
 Appeal From: W.D.Pa. ,No.96cv00031J ,
 Brooks, J.
 
 
 1
 Affirmed.